IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMAR BENTON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-3818** |
| | : | |
| **KEVIN RANSOM, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | |

# ORDER

AND NOW, this 16th day of January, upon careful review of the Petition for habeas relief from a parole denial on a state court sentence (ECF No. 1), Response (ECF No. 4), Reply (ECF No. 5), documents in the record, finding no basis for an evidentiary hearing or a certificate of appealability, and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS** and **DENY** the Petition for writ of habeas corpus (ECF No. 1) with prejudice;

2. **DENY** a certificate of appealability; and,

3. **DIRECT** the Clerk of Court **close** this case.

_____
**KEARNEY, J.**